**Ross COYNE, Appellee, v. THE Steamtug MAPLELEAF, Appellant, and THE Barge FIDELITY, Appellee.**

**No. 355.**

Circuit Court of Appeals, Second Circuit.

May 11, 1936.

Single & Tyler, of New York City (Wilbur H. Hecht, of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for libelant-appellee.

Courtland Palmer, of New York City (Francis J. Ryan, Jr., of New York City, of counsel), for appellee The Fidelity.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**In the Matter of EIDINGER & HAGER, Inc., Alleged Bankrupt.**

**MERCHANTS REFRIGERATING COMPANY, a Corporation Incorporated under the Laws of the State of New York, Petitioning Creditor-Appellant, v. EIDINGER & HAGER, Inc., Alleged Bankrupt-Appellee.**

**No. 390.**

Circuit Court of Appeals, Second Circuit.

May 18, 1936.

Daniel E. Hanlon, of New York City, for appellant.

Abraham L. Kramer, of New York City, for Eidinger & Hager, Inc., alleged bankrupt.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment and order affirmed.